Kerry Faughnan, Esq.
Nevada Bar No.12204
P.O. Box 335361
North Las Vegas, NV 89086
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 5204 PAINTED SANDS<br><br>Plaintiff,<br>v.<br><br>WELLS FARGO BANK, N.A..; QUIXOTE VENTURES OPPORTUNITY FUND, LLC; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. 2:13-cv-01200-LDG-PAL<br><br>**ORDER RE: PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION** |

LN MANAGEMENT LLC SERIES 5204 PAINTED SANDS, ("Plaintiff") having filed for an emergency order of the Court staying Defendant WELLS FARGO BANK, N.A., ("Wells Fargo") and its agents, representatives and assigns from conducting a foreclosure sale July 25, 2013 against the real property commonly known as 5204 Painted Sands Circle, Las Vegas, Nevada 89149 (the "Subject Property"), until such time as the Court rules on Plaintiff's previously pending motion for preliminary injunction, and good cause appearing,

**IT IS DECREED** that Plaintiff will be irreparably harmed if Wells Fargo forecloses before lien priorities are established by the Court or the Court otherwise rules on Plaintiff's Motion for Preliminary Injunction.

**IT IS HEREBY FURTHER ORDERED** that WELLS FARGO BANK, N.A., ("Wells Fargo") and its agents, representatives and assigns from conducting a foreclosure sale July 25, 2013 against the real property commonly known as 5204 Painted Sands Circle, Las Vegas,

1  Nevada 89149 (the "Subject Property"), until such time as the Court rules on Plaintiff's Motion
2  for Preliminary Injunction or otherwise vacates or amends this order.
3       **IT IS HEREBY FURTHER ORDERED** that Plaintiff's previously posted
4  security bond in the state court is adequate, and no additional bond is required.
5       **IT IS FURTHER ORDERED** this Temporary Restraining Order shall expire in 14 Days
6  pursuant to FRCP 65, unless further extended as permitted in the ruled by this Court.
7       **IT IS FURTHER ORDERED** that a hearing on Plaintiff's Motion for Preliminary
8  Injunction shall be considered by the Court on Tues., Aug. 6, 2013 @ 10 a.m. in Courtroom 6B.

10       DATED ___July 24___, 2013.

12            IT IS SO ORDERED

15       _____
16       UNITED SATES DISTRICT JUDGE
         LLOYD D. GEORGE

2