# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LN MANAGEMENT LLC SERIES 5204
PAINTED SANDS,

       Plaintiff,

v.

WELLS FARGO BANK, N.A.; et al.,

       Defendants.

2:13-cv-1200-LDG-PAL

     THE COURT HEREBY ORDERS that defendant Wells Fargo Bank, N.A.'s, motion to expunge Lis Pendens (#28) is DENIED without prejudice.

     THE COURT FURTHER ORDERS that defendant Wells Fargo Bank, N.A.'s, motion for hearing (#29) is DENIED as moot.

     DATED this 17 day of September, 2014.

_____
Lloyd D. George
United States District Judge