1  Amy F. Sorenson, Esq. (Nevada Bar No. 8947)
   Jared Fields, Esq. (Nevada Bar No. 10115)
2  Alex L. Fugazzi, Esq.(Nevada Bar No. 9022)
   Tanya N. Peters, Esq. (Nevada Bar No. 8855)
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone:  (702) 784-5200
5  Facsimile:  (702) 784-5252
   E-mail:  asorenson@swlaw.com
6          jfields@swlaw.com
           afugazzi@swlaw.com
7          baustin@swlaw.com

8  *Attorneys for Defendant Wells Fargo Bank, N.A.*

9

10                    **UNITED STATES DISTRICT COURT**

11                        **DISTRICT OF NEVADA**

12 LN MANAGEMENT LLC SERIES 5204                 Case No.:  2:13-cv-01200
   PAINTED SANDS,
13
                  Plaintiff,
14
   vs.                                           **MOTION TO REMOVE**
15                                          **ATTORNEY FROM ELECTRONIC**
   WELLS FARGO BANK, N.A.; QUIXOTE                **SERVICE LIST**
16 VENTURES OPPORTUNITY FUND, LLC, a
   Nevada limited liability company; and DOES 1      (JARED C. FIELDS)
17 through 10, inclusive,

18                Defendants.

19     Defendant Wells Fargo Bank, N.A, by and through its attorneys of record, the Law Office

20 of Snell & Wilmer L.L.P., hereby requests the removal of Jared C. Fields from the CM/ECF

21 Service List as Mr. Fields is no longer handling this matter.

22

23

24

25

26

27

28

24488965.1

1   DATED this 22nd day of July, 2016.

2                                         SNELL & WILMER L.L.P.

3

4                                         By:/s/ Jared C. Fields
                                              Amy F. Sorenson, Esq.
5                                             Jared C. Fields, Esq.
                                              Alex L. Fugazzi, Esq.
6                                             Tanya N. Peters, Esq.
                                              3883 Howard Hughes Parkway, Suite 1100
7                                             Las Vegas, NV 89169

8                                         *Attorneys for Defendant Wells Fargo Bank, N.A.*

9

10  IT IS SO ORDERED this 18th day
    of August, 2016.
11

12

13  _____
    Peggy A. Leen
14  United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

24488965.1

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On July 22, 2016, I caused to be served a true and correct copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** by the method indicated:

___X___          by electronic mail through the court's CM/ECF filing system

_____        by U. S. Mail

_____        by Facsimile Transmission

_____        by Overnight Mail

_____        by Federal Express

_____        by Hand Delivery

/s/Jared C. Fields

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

- 3 -

24488965.1