# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LN MANAGEMENT LLC SERIES 5204 PAINTED SANDS,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., *et al.*,

    Defendants.

Case No. 2:13-cv-01200-LDG (PAL)

**ORDER**

For good cause shown,

THE COURT **ORDERS** that the parties shall file a Joint Status Report in this matter not later than Friday, October 27, 2017.

DATED this 29 day of September, 2017.

Lloyd D. George
United States District Judge