Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
Email: afugazzi@swlaw.com
Email: tlewis@swlaw.com

*Attorneys for Defendant WELLS FARGO BANK, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 5204 PAINTED SANDS,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; QUIXOTE VENTURES OPPORTUNITY FUND, LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01200-LDG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR COUNTER CLAIM PLAINTIFF TO FILE ITS: (1) RESPONSE TO PAINTED DESERT COMMUNITY ASSOCIATION'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |
| WELLS FARGO BANK, N.A.<br><br>Counter Claim Plaintiff,<br><br>vs.<br><br>LN MANAGEMENT LLC SERIES 5204 PAINTED SANDS, a Nevada limited liability company; NEVADA ASSOCIATION SERVICES, a Nevada limited liability company; PAINTED DESERT COMMUNITY ASSOCIATION, a Nevada non-profit cooperative corporation, JOHN DOES 1-20;<br><br>Counter Claim Defendants | |

Counter Claim Plaintiff Wells Fargo Bank, N.A. and Defendant Painted Desert Community Association ("HOA"), by and through their respective counsel (collectively the "Parties"), hereby stipulate and agree to extend the time for Counter Claim Plaintiff to respond to the HOA's Motion to Dismiss [ECF Doc. 67] ("Motion"). The Motion was filed July 31, 2018. This is the first request for an extension of time to respond to the Motion. The current deadline for responses to the Motion is August 14, 2018. The Parties agree to extend the deadline to September 14, 2018.

WHEREAS, good cause for the extension exists, because Plaintiff requires a short extension of time to review the Motion and related documents and evaluate the arguments therein, and the Parties are also discussing a potential settlement;

WHEREAS, Plaintiff requested, and HOA agreed, to extend the time for Plaintiff to respond to the Motion; and

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

1. Plaintiff shall have until September 14, 2018 to file its Response to the Motion.
2. HOA shall have until September 28, 2018 to file a Reply in support of that Motion.

| Dated this 10th day of August, 2018 | Dated this 10th day of August, 2018 |
|---|---|
| /s/ Tanya N. Lewis<br>Amy F. Sorenson, Esq. (12495)<br>Alex L. Fugazzi, Esq. (9022)<br>Tanya N. Lewis, Esq. (8855)<br>Snell & Wilmer LLP<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Attorneys for Wells Fargo Bank, N.A. | /s/ Amber M. Williams<br>Amber M. Williams (12301)<br>LIPSON NEILSON PC<br>9900 Covington Cross Drive #120<br>Las Vegas, NV 89144<br><br>*Attorney for Painted Desert Community Association*<br><br>*(electronic signature affixed with permission)* |

## ORDER

**IT IS HEREBY ORDERED THAT:**

1. Wells Fargo shall have until September 14, 2018 to file its Response to the HOA's Motion.

2. The HOA shall have until September 28, 2018 to file a Reply in support of that Motion.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 14 Sept 2018

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: August 10, 2018

/s/ Nissa Riley
An Employee of SNELL & WILMER L.L.P.

4833-6706-4688.1