Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
Email: afugazzi@swlaw.com
Email: tlewis@swlaw.com

*Attorneys for Defendant WELLS FARGO BANK, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 5204 PAINTED SANDS,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; QUIXOTE VENTURES OPPORTUNITY FUND, LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01200-LDG-PAL<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF PAINTED CANYON HOMEOWNERS' ASSOCIATION** |
| WELLS FARGO BANK, N.A.<br><br>Counter Claim Plaintiff,<br><br>vs.<br><br>LN MANAGEMENT LLC SERIES 5204 PAINTED SANDS, a Nevada limited liability company; NEVADA ASSOCIATION SERVICES, a Nevada limited liability company; PAINTED DESERT COMMUNITY ASSOCIATION, a Nevada non-profit cooperative corporation, JOHN DOES 1-20;<br><br>Counter Claim Defendants | |

Plaintiff LN Management LLC Series 5204 Painted Sands, through its attorney, Kerry P. Faughnan; Defendant Wells Fargo Bank, N.A., ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., and Defendant Painted Sands Community Association ("HOA"), through its attorneys, the law firm of Lipson Neilson, hereby stipulate and agree as follows:

WHEREAS, the above-captioned action concerns an NRS 116 foreclosure sale involving that real property in Clark County, Nevada with APN 125-34-219-018, commonly known as 5204 Painted Sands Circle, Las Vegas, Nevada 89149 (the "Property");

WHEREAS, Wells Fargo filed its Answer and Counterclaims on May 30, 2018, alleging several causes of action against the HOA; and

WHEREAS, the HOA does not have a current ownership interest in title to the Property.. The HOA specifically reserves its ongoing rights under Nevada law, including NRS Chapter 116, and the governing documents, including the Covenants, Conditions and Restrictions ("CC&Rs").

WHEREAS, the HOA specifically reserves its right to raise any and all applicable defenses, including statute of limitations arguments, in the event the event future claims are asserted against the HOA in this litigation.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. The Counterclaims are dismissed without prejudice as to Painted Canyon Community Association only, with each party to bear their own fees/costs.

2. Any statute of limitations for the causes of action asserted against the HOA in the Counterclaim shall be tolled from the date this Stipulation is signed by the parties until the litigation is fully and finally concluded.

3. The HOA agrees to disclose its file and all documents relevant to this action prior to October 31, 2018. All parties reserve their rights under the Federal Rules of Civil Procedure to serve the HOA with a subpoena for any additional documents or information.

4. The HOA agrees to produce to the parties' counsel of record a knowledgeable witness for deposition regarding the facts and circumstances in this case at a mutually-agreed upon date and time at the office of Snell & Wilmer L.L.P. located at 3883 Howard Hughes Parkway, Suite 1100, Las Vegas NV 89169. The HOA will also produce a similar witness for trial, if necessary.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

5. Upon filing of this Stipulation, the HOA's Motion to Dismiss filed on July 31, 2018 [ECF No. 67], and all related briefing shall be deemed to be withdrawn.

6. This dismissal does not affect any rights, claims or defenses of Wells Fargo or the HOA with respect to any other party related to the foreclosure sale of the Property.

| Dated this 28th day of August, 2018 | Dated this 28th day of August, 2018 |
|---|---|
| /s/ Kerry P. Faughnam<br>Kerry P. Faughnan, Esq.<br>Law Offices of Kerry Faughnan<br>P.O. Box 335361<br>North Las Vegas, NV 89033<br>Email: Kerry.faughnan@gmail.com<br><br>*Attorney for Plaintiff and Counterclaim Defendant LN Management LLC Series 5204 Painted Sands*<br><br>*(electronic signature affixed with permission)* | /s/ Amber M. Williams<br>Amber M. Williams, Esq.<br>NV Bar No. 12301<br>LIPSON \| NEILSON, P.C.<br>9900 Covington Cross Drive, Ste. 120<br>Las Vegas, NV 89144<br>Email: awilliams@lipsonneilson.com<br><br>*Attorney for Counter-Defendant Painted Desert Community Association*<br><br>*(electronic signature affixed with permission)* |
| Dated this 28th day of August, 2018<br><br>SNELL & WILMER L.L.P.<br><br>/s/ Tanya N. Lewis<br>Amy F. Sorenson, Esq.<br>Nevada Bar No. 12495<br>Alex L. Fugazzi, Esq.<br>Nevada Bar No. 9022<br>Tanya N. Lewis, Esq.<br>Nevada Bar No. 8855<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br><br>*Attorneys for Defendant/Counterclaim Plaintiff Wells Fargo Bank, N.A.* | |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 14 Sept 2018

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: August 28, 2018

/s/ Debbie Withers
An Employee of SNELL & WILMER L.L.P.

4844-8189-7840