Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
Email: afugazzi@swlaw.com
Email: tlewis@swlaw.com

*Attorneys for Defendant*
*WELLS FARGO BANK, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 5204 PAINTED SANDS,<br><br>       Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; QUIXOTE VENTURES OPPORTUNITY FUND, LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No.:  2:13-cv-01200-LDG-PAL<br><br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION BRIEFING SCHEDULE**<br><br><br>**(FIRST REQUEST)** |
| WELLS FARGO BANK, N.A.<br><br>       Counter Claim Plaintiff,<br><br>vs.<br><br>LN MANAGEMENT LLC SERIES 5204 PAINTED SANDS, a Nevada limited liability company; NEVADA ASSOCIATION SERVICES, a Nevada limited liability company; PAINTED DESERT COMMUNITY ASSOCIATION, a Nevada non-profit cooperative corporation, JOHN DOES 1-20;<br><br>       Counter Claim Defendants | |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

## STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE

## AND BRIEFING SCHEDULE

Pursuant to Fed. R. Civ. P. 26(f), and Local Rules 6-1, 26-1 and 26-4, LN Management LLC Series 5204 Painted Sands ("LN Mgmt") and Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Stipulating Parties"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order to extend the dispositive motion briefing deadlines in this action. This is the Stipulating Parties' first request for extension of the dispositive motion briefing schedule. The parties request that a two-week extension to allow Wells Fargo to file its reply brief in support of its motion for summary judgment. Discovery closed on November 26, 2018, and the Stipulating Parties are not seeking to extend or re-open discovery.

This request to extend the dispositive motion briefing schedule is made in good faith, and is not for purpose of delay or prejudice to any party. Good cause exists pursuant to Local Rule 26-4 to permit this extension to allow Wells Fargo to have adequate time to prepare its reply brief. The requested extension will not result in undue delay or prejudice to any party, as the parties previously stated in their Joint Interim Status Report [Docket No. 76] that their earliest available date for trial for this matter is May 8, 2019.

///

///

///

///

///

///

///

///

///

///

Snell & Wilmer

L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

## A. Proposed Schedule for Dispositive Motions

| EVENT | EXISTING DEADLINE | NEW DEADLINE |
|-------|-------------------|--------------|
| Dispositive motions | January 4, 2019 | Closed |
| Response to dispositive motions | January 25, 2019 | Closed |
| Reply brief in support of dispositive motion | February 8, 2019 | February 22, 2019 |

Dated this 4th day of February. 2019.



/s/ Kerry P. Faughnan
Kerry P. Faughnan, Esq.
Law Offices of Kerry Faughnan
P.O. Box 335361
North Las Vegas, NV 89033
Email: Kerry.faughnan@gmail.com

*Attorney for Plaintiff and Counterclaim Defendant LN Management LLC Series 5204 Painted Sands*

*(electronic signature affixed with permission)*

Dated this 4th day of February. 2019.

SNELL & WILMER L.L.P.


/s/ Tanya N. Lewis
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant/Counterclaim Plaintiff Wells Fargo Bank, N.A*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: February 11, 2019

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200