1  Amy F. Sorenson, Esq.
   Nevada Bar No. 12495
2  Alex L. Fugazzi, Esq.
   Nevada Bar No. 9022
3  Tanya N. Lewis, Esq.
   Nevada Bar No. 8855
4  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
5  Las Vegas, NV 89169
   Telephone: (702) 784-5200
6  Facsimile:  (702) 784-5252
   Email: asorenson@swlaw.com
7  Email: afugazzi@swlaw.com
   Email: tlewis@swlaw.com
8
9  *Attorneys for Defendant*
   *WELLS FARGO BANK, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 5204 PAINTED SANDS,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; QUIXOTE VENTURES OPPORTUNITY FUND, LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01200-LDG-PAL<br><br>**NOTICE OF SETTLEMENT** |
| WELLS FARGO BANK, N.A.<br><br>Counter Claim Plaintiff,<br><br>vs.<br><br>LN MANAGEMENT LLC SERIES 5204 PAINTED SANDS, a Nevada limited liability company; NEVADA ASSOCIATION SERVICES, a Nevada limited liability company; PAINTED DESERT COMMUNITY ASSOCIATION, a Nevada non-profit cooperative corporation, JOHN DOES 1-20;<br><br>Counter Claim Defendants | |

Plaintiff/Counterclaim Defendant LN Management LLC Series 5204 Painted Sands ("LN Management") and Defendant/Counterclaim Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") have reached an agreement in principle to resolve their mutual claims in the above-captioned matter. Further, the parties anticipate filing documents dismissing this case within sixty (60) days.

Accordingly, Wells Fargo requests that the Court set a deadline 60 days from today for filing the stipulation and order to dismiss, or a joint status report regarding settlement

Dated this 5th day of June, 2019.

SNELL & WILMER L.L.P.

/s/ Tanya N. Lewis
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant/Counterclaim Plaintiff Wells Fargo Bank, N.A*

**IT IS ORDERED** that the settling parties shall have until August 5, 2019, to either file a stipulation to dismiss with prejudice, or a joint status report advising the court when the stipulation to dismiss will be filed.

Dated: June 6, 2019

_____
Brenda Weksler
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: June 5, 2019

*/s/ Susan Ballif*
An Employee of SNELL & WILMER L.L.P.

4844-2145-9096